**William Thomas PERRY,
Petitioner–Appellant,**

v.

**Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent–Appellee.**

**No. 07–6168.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 21, 2007.

William Thomas Perry, Appellant Pro
Se. Rosemary Virginia Bourne, Office of
the Attorney General of Virginia, Rich-
mond, Virginia, for Appellee.

Before WIDENER, MICHAEL, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William Thomas Perry seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2000) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies

this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Perry has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*